# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 17-0358 PSG (JCG) | Date | November 13, 2017 |
| Title | *Charles Henry Pittman v. Department of Veterans Affairs, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendants:

None Appearing    None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Pursuant to the Court's September 28, 2017 Order ("Dismissal Order"), Plaintiff was granted leave to file a First Amended Complaint up and until October 30, 2017. [*See* Dkt. No. 6 at 3-4.] The Court mailed the Dismissal Order to Plaintiff, but it was returned as "not deliverable" by the U.S. Postal Service on October 18, 2017. [*See* Dkt. No. 7.] As of today's date, Plaintiff has neither filed a Notice of Change of Address or a First Amended Complaint.

Accordingly, by **November 27, 2017**, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files a Notice of Change of Address or First Amended Complaint by **November 27, 2017**, he need not separately respond to this Order to Show Cause. Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.

The Clerk of Court is **DIRECTED TO** attach a copy of the Dismissal Order and Local Rule 41-6 ("Dismissal – Failure of *Pro Se* Plaintiff to Keep Court Apprised of Current Address") to this Order to Show Cause.

**IT IS SO ORDERED.**

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |