# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHARLES HENRY PITTMAN,

       Plaintiff,

       v.

DEPARTMENT OF VETERANS
AFFAIRS, *et al.*,

       Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. SA CV 17-0358 PSG (JCG)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.[1]

//

//

---

[1]    Plaintiff's address of record is 1009 S. Harbor Blvd., # 89, Anaheim, CA 92805. [*See* Dkt. No. 1.] However, mail sent to Plaintiff at that address has been returned undelivered by the U.S. Postal Service. [*See* Dkt. No. 7.] Plaintiff has failed to apprise the Court of any change of address, as mandated by Local Rule 41-6. *See* L.R. 41-6.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered dismissing this action without prejudice; and

3.     The Clerk serve copies of this Order on the parties.


DATED:  _12/28/17_

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE