JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HENRY PITTMAN,<br>        Plaintiff,<br>    v.<br>DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br>        Defendants. | Case No. SA CV 17-0358 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 12/28/17

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE